No. 04–6594. PERKINS v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6596. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6597. GREER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–6598. · HOUGH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6605. PRATT v. LFG. C. A. 7th Cir. Certiorari denied.

No. 04–6612. ASH v. ASH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6613. ANDERSON v. SIZER, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6614. BURTON v. CLEVELAND OHIO EMPOWERMENT ZONE ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6615. LEWIS v. GASPAR. C. A. 9th Cir. Certiorari denied.

No. 04–6616. McDEID v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; COKER v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; JOHNSON v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; POOLE v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; SERNA v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; RUBIN v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; BENSON v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; ROBB v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; SABO v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; WILSON v. MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM; and LEE v. MOONEY, DIRECTOR OF

THE MINNESOTA SEX OFFENDER PROGRAM. Ct. App. Minn. Certiorari denied.

No. 04–6618. MARTINI v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6634. AMESBURY v. DEAN, SHERIFF, MARION COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6635. JENKINS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–6641. STEELE v. RANDLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6644. KLINGER v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 04–6648. BUIE v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6656. WRIGHT v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6659. TAYLOR v. YARBROUGH, SHERIFF, WALTON COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6662. DUNCAN v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6663. COLLINS v. CITIBANK (SOUTH DAKOTA), N. A. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–6666. IN SOO CHUN v. KING COUNTY DEPARTMENT OF JUDICIAL ADMINISTRATION. Ct. App. Wash. Certiorari denied.

No. 04–6668. MOORE v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.